IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No: 1:07-CV-01587 (RBW) |
| | ) |
| EMPIRE REFRACTORY SPECIALISTS, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF ENTRY OF APPEARANCE

1.  Pursuant to Local Civil Rule 83.6, please take notice that Elizabeth Treubert Simon of the law firm Vorys, Sater, Seymour and Pease LLP hereby enters her appearance in this action as additional counsel on behalf of Defendant, Empire Refractory Specialists, Inc.

2.  Pamela A. Bresnahan of the law firm Vorys, Sater, Seymour and Pease LLP remains lead counsel for Empire Refractory Specialists, Inc.

Respectfully submitted,

_/s/ Elizabeth T. Simon_
Pamela A. Bresnahan (D.C. Bar No. 366735)
Elizabeth Treubert Simon (D.C. Bar No. 467272)
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W.
11th Floor
Washington, D.C. 20036-5109
(202) 467-8800

Attorneys for Defendant Empire Refractory Specialists, Inc.

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b)(2)(D) and Local Civil Rule 5.4, I hereby certify that on this 23rd day of October, 2007 a copy of the foregoing Notice of Entry of Appearance was filed electronically. Service of this filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system:

>Ira R. Mitzner, Esquire
>Dickstein Shapiro LLP
>1825 Eye Street, N.W.
>Washington, D.C. 20006-5403

*Elizabeth T Simon*
Elizabeth Treubert Simon