IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:CV 07-01587 |
| EMPIRE REFRACTORY SPECIALISTS, | ) Hon. Reggie B. Walton |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT REPORT UNDER LOCAL CIVIL RULE 16.3

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Civil Rule 16.3, Plaintiffs and Defendant jointly submit the following report:

1.    Upon completion of discovery, the parties will jointly discuss whether all or part of the case can be resolved by dispositive motion.

2.    The parties believe that any other party should be joined or the pleadings amended within 45 days after the issuance of the Court's scheduling order.  The parties believe that it is possible that some of the factual and legal issues can be agreed upon or narrowed.

3.    The parties do not wish to have this case referred to a Magistrate for all purposes.

4.    Upon completion of discovery, the parties will discuss the possibility of whether the case can be settled.

5.    Counsel have discussed alternative dispute resolution with their clients and do not wish to participate in alternative dispute resolution procedures until after discovery.

6.    Upon completion of discovery, the parties will jointly discuss whether all or part of the case may be resolved by summary judgment.  The parties propose the following schedule: Dispositive motions should be filed by June 6, 2008; opposing memoranda should be filed by July 3, 2008; and reply briefs should be filed by July 18, 2008.

7.    The parties wish to dispense with the initial disclosures required by Federal Rule of Civil Procedure 26(a)(1).

8.    The parties believe that discovery is required.  The parties desire until May 6, 2008 for the completion of discovery.

9.    The parties have not determined whether the use of expert witnesses in this case will be necessary.  However, the parties reserve the right to name expert witnesses at a later date if the need arises.

10.    Not applicable (as to class actions).

11.    The parties agree that the trial and discovery should not be bifurcated or managed in phases.

12.    The parties agree that the date of the pretrial conference should be 30 days after dispositive motions are decided.

13.    The parties agree that the Court should set a firm trial date at the pretrial conference.

2

14.   The parties do not believe that there are other matters appropriate for inclusion in the scheduling order.

Dated:  November 21, 2007

By: _____/s_____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006
T:  (202) 420-2234
F:  (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.

By: _____/s_____
Pamela A. Bresnahan, DC Bar No. 366735
Elizabeth Treubert Simon DC Bar No. 467272
VORYS, SATER, SEYMOUR & PEASE LLP
1828 L Street, NW
11th Floor
Washington, DC 20036
T:  (202) 467-8800
F:  (202) 467-8900

By: _____/s_____
Peter R. Spanos, DC Bar No. 303743
Georgia Bar No. 669125
BURR & FORMAN LLP
171 17TH Street. N.W.
Suite 1100
Atlanta, GA  30363
T:  (404) 685-4265

Attorneys for Defendant
Empire Refractory Specialists, Inc.

3

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN FLYNN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:CV 07-01587 |
| EMPIRE REFRACTORY SPECIALISTS, | ) | Hon. Reggie B. Walton |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Any other parties shall be joined or the pleadings amended within 45 days of the issuance of the Court's scheduling order.  Discovery will be permitted until May 6, 2008. Dispositive motions shall be filed by June 6, 2008; opposing memoranda shall be filed by July 3, 2008; and reply briefs shall be filed by July 18, 2008.

**SO ORDERED**, this _____ day of _____, 2007.

_____
United States District Judge
Reggie B. Walton

2356356.01

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:CV 07-01587 |
| EMPIRE REFRACTORY SPECIALISTS, | ) Hon. Reggie B. Walton |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esq.
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC  20006-5403
Telephone: (202) 340-2200
Facsimile    (202) 420-2201

Pamela A. Bresnahan, Esq.
Elizabeth Treubert Simon, Esq.
Vorys, Sater, Seymour & Pease LLP
1828 L Street, N.W., 11th Floor
Washington DC  20036
Telephone: (202) 467-8800
Facsimile:  (202) 467-8900

Peter R. Spanos Esq.
Burr & Forman LLP
171 17th Street, N.W.
Atlanta, GA  30363
Telephone: (404) 685-4265