IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN FLYNN, *et. al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:CV 07-01587 (RBW) |
| | ) | Hon. Reggie B. Walton |
| EMPIRE REFRACTORY SPECIALISTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION TO DEFER STATUS CONFERENCE
AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

1. Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund ("Fund"), and Defendants, Empire Refractory Specialists, Inc. ("Empire Refractory"), by their attorneys, hereby jointly move to defer the December 14, 2007 status conference scheduled in this matter for 60 days because the parties have reached a tentative settlement and require additional time to finalize the agreement. In support of this motion, the parties state as follows:

2. On November 21, 2007, the Court issued an Order in this matter setting the following deadlines: (a) December 14, 2007 for a status conference; (b) May 6, 2008 for the end of discovery; (c) June 6, 2008, for the filing of dispositive motions; (d) July 3, 2008 for the filing of oppositions to dispositive motions; and (e) July 18, 2008 for replies to dispositive motions.

3. The parties have recently reached an agreement that Plaintiffs may audit the records of Defendant. Because this audit may lead to a resolution of this matter, the parties seek to defer the status conference in the matter for sixty (60) days.

4. No pretrial conference or trial date has been scheduled in this matter. Accordingly, the extension requested in this joint motion will not affect any other dates or deadlines that have been set by the Court.

5. The parties have not requested any prior extensions of time in this case.

6. For the foregoing reasons, the parties, therefore, jointly move this Court for an order modifying the Scheduling Order in this case such that the status conference contained therein shall be deferred by 60 days.

Respectfully submitted,

Dated: December __11__, 2007        By: _____/s_____
                                    Ira R. Mitzner, DC Bar No. 184564
                                     DICKSTEIN SHAPIRO LLP
                                     1825 Eye Street, NW
                                     Washington, DC  20006
                                     T:  (202) 420-2234
                                     F:  (202) 420-2201

                                    Attorneys for Plaintiffs
                                    John Flynn, et al.


                                    By: _____/s_____
                                    Pamela A. Bresnahan, DC Bar No. 366735
                                    Elizabeth Treubert Simon DC Bar No. 467272
                                     VORYS, SATER, SEYMOUR & PEASE LLP
                                     1828 L Street, NW
                                     11th Floor
                                     Washington, DC 20036
                                     T:  (202) 467-8800
                                     F:  (202) 467-8900

2364694

By: _____/s_____
Peter R. Spanos, DC Bar No. 303743
Georgia Bar No. 669125
  BURR & FORMAN LLP
  171 17TH Street. N.W.
  Suite 1100
  Atlanta, GA  30363
  T:  (404) 685-4265

Attorneys for Defendant
Empire Refractory Specialists, Inc.

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*,             ) | |
|           ) | |
|        Plaintiffs,       ) | |
|           ) | |
|             v.          )    Case No. CV 07-01587 (RBW) | |
|           ) | |
| EMPIRE REFRACTORY SPECIALISTS, INC.,    ) | |
|           ) | |
|        Defendants.      ) | |
|           ) | |

### ORDER

Upon consideration of the parties' Joint Motion to Defer Status Conference and Incorporated Memorandum in Support Thereof, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby

**ORDERED**, that the Motion be, and it hereby is, **GRANTED**, and further

**ORDERED**, that the status conference currently scheduled for December 14, 2007 is hereby adjourned until _____, 2008.

**SO ORDERED**, this _____ day of _____ 2007.

_____
Reggie B. Walton
United States District Court Judge

2364682

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>EMPIRE REFRACTORY SPECIALISTS, )<br><br>Defendant. ) | Case No. 1:CV 07-01587<br>Hon. Reggie B. Walton |

## JOINT LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esq.
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403
Telephone: (202) 340-2200
Facsimile    (202) 420-2201

Pamela A. Bresnahan, Esq.
Elizabeth Treubert Simon, Esq.
Vorys, Sater, Seymour & Pease LLP
1828 L Street, N.W., 11th Floor
Washington DC 20036
Telephone: (202) 467-8800
Facsimile:  (202) 467-8900

Peter R. Spanos Esq.
Burr & Forman LLP
171 17th Street, N.W.
Atlanta, GA 30363
Telephone: (404) 685-4265

2356366