IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:CV 07-01587 (RBW) |
| ) | Hon. Reggie B. Walton |
| EMPIRE REFRACTORY SPECIALISTS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT MOTION TO DEFER STATUS CONFERENCE AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF

1. Plaintiffs, Trustees of the Bricklayers and Trowel Trades International Pension Fund ("Fund"), and Defendants, Empire Refractory Specialists, Inc. ("Empire Refractory"), by their attorneys, hereby jointly move to defer the February 26, 2008 Status Conference to April 9, 2008 (a date suggested by the Court's Clerk). As we previously have advised the Court, the parties have reached a tentative settlement. However, the audit report necessary to finalize the settlement has been delayed and the parties seek additional time to finalize the settlement. In support of this motion, the parties state as follows:

2. The parties recently reached an agreement, part of which permits Plaintiffs to audit the records of Defendant. Because this audit may lead to a resolution of this matter, the parties sought, and obtained from the Court, an extension of the status conference for 60 days, until February 26, 2008, pursuant to the Court's Order of December 11, 2007.

3. The final disposition of the settlement was based on the parties' agreement concerning a report from the auditor who carried out the audit. The parties directed the auditor to conduct the audit expeditiously, but the audit report was not sent to the parties until February 20, 2008, which does not allow sufficient time for the Plaintiffs to review the audit

and attempt to finalize settlement with Defendant before the conference scheduled for February 26, 2008.

4. No pretrial conference or trial date has been scheduled in this matter. Accordingly, the extension requested in this joint motion will not affect such dates.

5. The parties requested one other prior extension of time in this case, as described above.

5. For the foregoing reasons, the parties, therefore, jointly move this Court for an order modifying the Scheduling Order in this case such that the status conference contained therein shall be set for April 9, 2008 at 9:00 a.m.

Respectfully submitted,

Dated: February 20, 2008

By: _____/s_____
Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
T: (202) 420-2234
F: (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.

By: _____/s_____
Pamela A. Bresnahan, DC Bar No. 366735
Elizabeth Treubert Simon DC Bar No. 467272
VORYS, SATER, SEYMOUR & PEASE LLP
1828 L Street, NW
11th Floor
Washington, DC 20036
T: (202) 467-8800
F: (202) 467-8900

2364694

By: _____/s_____
Peter R. Spanos, DC Bar No. 303743
Georgia Bar No. 669125
 BURR & FORMAN LLP
 171 17TH Street. N.W.
 Suite 1100
 Atlanta, GA  30363
 T:  (404) 685-4265

Attorneys for Defendant
Empire Refractory Specialists, Inc.

2364694

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EMPIRE REFRACTORY SPECIALISTS, INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. CV 07-01587 (RBW) |

### ORDER

Upon consideration of the parties' Joint Motion to Defer Status Conference and Incorporated Memorandum in Support Thereof, the Court finds that good cause has been shown for the granting of this motion.

**ACCORDINGLY**, it is hereby

**ORDERED**, that the Motion be, and it hereby is, **GRANTED**, and further

**ORDERED**, that the status conference currently scheduled for February 26, 2008 is hereby adjourned until April 9, 2008 at 9:00 a.m.

**SO ORDERED**, this _____ day of _____ 2008.

_____
Reggie B. Walton
United States District Court Judge

2397545

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>) Case No. 1:CV 07-01587<br>EMPIRE REFRACTORY SPECIALISTS, ) Hon. Reggie B. Walton<br>)<br>Defendant. )<br>) | |

## JOINT LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

Ira R. Mitzner, Esq.
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403
Telephone: (202) 340-2200
Facsimile  (202) 420-2201

Pamela A. Bresnahan, Esq.
Elizabeth Treubert Simon, Esq.
Vorys, Sater, Seymour & Pease LLP
1828 L Street, N.W., 11th Floor
Washington DC 20036
Telephone: (202) 467-8800
Facsimile:  (202) 467-8900

Peter R. Spanos Esq.
Burr & Forman LLP
171 17th Street, N.W.
Atlanta, GA 30363
Telephone: (404) 685-4265

2356366