IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No: 1:07-CV-01587 (RBW) |
| | ) |
| EMPIRE REFRACTORY SPECIALISTS, INC., | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 44.1 of this Court, Defendant Empire Refractory Specialists, Inc., by Elizabeth Treubert Simon, a member of the Bar of this Court, moves for an Order granting the admission of Mac B. Greaves, Esquire, a partner in the law firm of Burr & Forman, LLC, 420 North 20th Street, Suite 3400, Birmingham, Alabama 35203, to appear *pro hac vice* in the above-captioned proceeding as co-counsel for Defendant Empire Refractory Specialists, Inc.

The grounds for this motion are as follows:

1. Mr. Greaves has been retained to represent Defendant Empire Refractory Specialists, Inc., in the litigation currently pending before this Court.

2. Mr. Greaves is admitted to the practice of law in the State of Alabama; the United States District Court for the Northern District of Alabama; the United States District Court for the Southern District of Alabama; the United States District Court for the Middle District of Alabama; the United States Court of Appeals for the Eleventh Circuit; and, the United States Supreme Court.

3. Mr. Greaves submits the Declaration attached hereto as Exhibit A in support of this Motion.

4. In accordance with Local R. 7(m), Elizabeth Treubert Simon, counsel for Empire Refractory Specialists, Inc. contacted Ira Mitzner on February 19, 2008 to discuss this motion. Mr. Mitzner consents to the admission of Mr. Greaves in this matter.

5. For the reasons stated above, the undersigned counsel respectfully requests that this Court admit Mr. Greaves *pro hac vice* to practice before the Court for the purpose of appearing and participating in this action as co-counsel.

6. A proposed order granting this Motion is being filed concurrently herewith.

WHEREFORE, Defendant Empire Refractory Specialists, Inc., respectfully requests that the Court grant this Motion to Admit Mac B. Greaves *Pro Hac Vice* and enter an order consistent with the foregoing.

Dated: February 27, 2008                    Respectfully submitted,

*[signature: Elizabeth Treubert Simon]*

Pamela A. Bresnahan (Bar No. 366735)
Elizabeth Treubert Simon (Bar No. 467272)
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W.
Eleventh Floor
Washington, DC 20036
(202) 467-8800 (Phone)
(202) 467-8900 (Fax)

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b)(2)(D) and Local Civil Rule 5.4, I hereby certify that on this 27th day of February, 2008 a copy of the foregoing Motion for Admission *Pro Hac Vice* was filed electronically. Service of this filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system:

> Ira R. Mitzner, Esquire
> Dickstein Shapiro LLP
> 1825 Eye Street, N.W.
> Washington, D.C. 20006-5403

And a courtesy copy was hand-delivered to Judge Walton's Chambers in accordance with his General Order and Guidelines for Civil Cases.

_____
Elizabeth Treubert Simon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No: 1:07-CV-01587 (RBW) |
| | ) |
| EMPIRE REFRACTORY SPECIALISTS, INC., | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF MAC B. GREAVES IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE.*__**

I, Mac B. Greaves, an attorney seeking to appear *pro hac vice* in the above-captioned matter hereby declare and state as follows:

1. My name is Mac B. Greaves. I am a Partner in the law firm of Burr & Forman, LLP in Birmingham, Alabama.

2. My office address and telephone number is:

   Burr &Forman
   420 North 20th Street
   Suite 3400
   Birmingham, AL 35203
   (205) 458-5172

3. I am admitted to the practice of law in the following jurisdictions:

   a. the State of Alabama;

   b. United States District Court for the Northern District of Alabama;

   c. United States District Court for the Southern District of Alabama;

   d. United States District Court for the Middle District of Alabama; and,

   e. United States Court of Appeals for the Eleventh Circuit.

4. I hereby certify that I have never been disciplined by any bar.

1644272 v1

5.  I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true.

Executed this 19th day of February, 2008 at Birmingham, Alabama.

_____
Mac B. Greaves

1644272 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No: 1:07-CV-01587 (RBW) |
| | ) |
| EMPIRE REFRACTORY SPECIALISTS, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER GRANTING
MOTION FOR ADMISSION *PRO HAC VICE*

Having considered the motion filed by Empire Refractory Specialists, Inc. for the admission of Mac B. Greaves, Esquire to appear *pro hac vice* in the above-captioned proceeding as co-counsel for Defendant, Empire Refractory Specialists, Inc., and Plaintiff's counsel's consent thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED, and Mac B. Greaves, Esquire is hereby permitted to appear *pro hac vice* in the captioned proceeding as co-counsel for Defendant Empire Refractory Specialists.

_____            _____
Date                                                        REGGIE B. WALTON, JUDGE
                                                                 UNITED STATES DISTRICT COURT
                                                                 FOR THE DISTRICT OF COLUMBIA