IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> EMPIRE REFRACTORY SPECIALISTS, INC., ) <br> ) <br> Defendants. ) | Case No. CV 07-01587 (RBW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the parties by their counsel stipulate to the dismissal with prejudice of this action against Defendant, Empire Refractory Specialists, Inc. The parties have settled this matter, with the parties agreeing to bear their own attorneys' fees and costs.

Respectfully submitted,

Dated: March 28, 2008

By: _____/s_____

Ira R. Mitzner, DC Bar No. 184564
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006
T: (202) 420-2234
F: (202) 420-2201

Attorneys for Plaintiffs
John Flynn, et al.

2399526

By: _____/s/_____
Pamela A. Bresnahan, DC Bar No. 366735
Elizabeth Treubert Simon DC Bar No. 467272
 VORYS, SATER, SEYMOUR & PEASE LLP
 1828 L Street, NW
 11th Floor
 Washington, DC 20036
 T: (202) 467-8800
 F: (202) 467-8900


By: _____/s/_____
Peter R. Spanos, DC Bar No. 303743
Georgia Bar No. 669125
 BURR & FORMAN LLP
 171 17TH Street. N.W.
 Suite 1100
 Atlanta, GA 30363
 T: (404) 685-4265

Attorneys for Defendant
Empire Refractory Specialists, Inc.

2

2399526

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:CV 07-01587 |
| EMPIRE REFRACTORY SPECIALISTS, ) | Hon. Reggie B. Walton |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT LOCAL RULE 7(K) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

    Ira R. Mitzner, Esq.
    Dickstein Shapiro LLP
    1825 Eye Street, N.W.
    Washington, DC 20006-5403
    Telephone: (202) 340-2200
    Facsimile  (202) 420-2201

    Pamela A. Bresnahan, Esq.
    Elizabeth Treubert Simon, Esq.
    Vorys, Sater, Seymour & Pease LLP
    1828 L Street, N.W., 11th Floor
    Washington DC 20036
    Telephone: (202) 467-8800
    Facsimile: (202) 467-8900

    Peter R. Spanos Esq.
    Burr & Forman LLP
    171 17th Street, N.W.
    Atlanta, GA 30363
    Telephone: (404) 685-4265

    Mac Greaves, Esq.
    Burr & Forman LLP
    420 North Twentieth Street
    Suite 3100
    Birmingham, AL 35203-5206

2356366